160 A.3d 704

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–CROSS–RESPONDENT, v. M.C., DEFEN-
DANT. IN THE MATTER OF M.C., M.C., JR., AND A.C., MI-
NORS–CROSS–PETITIONERS.

February 13, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–002398–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied.

160 A.3d 705

IN THE MATTER OF REGISTRANT G.B. APPLICATION FOR JU-
DICIAL REVIEW OF ORDER CLASSIFYING REGISTRANT AND
ESTABLISHING HIS REGISTRATION OBLIGATIONS

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004863–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.